ALEXANDER E. POTENTE, State Bar No. 208240
alex.potente@clydeco.us
ALEC H. BOYD, State Bar No. 161325
alec.boyd@clydeco.us
CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801

Attorneys for Defendant
MUNICH REINSURANCE AMERICA, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY, a joint powers authority, | Case No. 2:20-cv-02404-TLN-CKD |
| Plaintiff, | ORDER FOR THE JOINT MOTION TO MODIFY THE INITIAL PRETRIAL SCHEDULE ORDER |
| v. | |
| MUNICH REINSURANCE AMERICA, INC., a corporation; GENERAL REINSURANCE CORPORATION, a corporation; and DOES 1-100, inclusive, | |
| Defendants. | |

# ORDER

The Joint Motion to Motion to Modify the Initial Pretrial Scheduling Order filed by plaintiff Special District Risk Management Authority ("SDRMA"), Defendants Munich Reinsurance America, Inc. ("Munich Re") and General Reinsurance Corporation ("Gen Re") is granted.  The Court finds good cause to justify the continuance requested by SDRMA, Munich Re, and Gen Re.

Based on the foregoing, the Court continues the following deadlines:

| Prior Deadlines | Proposed Deadlines |
|---|---|
| Non-Expert Discovery Cut-off: August 9, 2021; | November 8, 2021 |
| Disclosure of Expert Witnesses: October 9, 2021 | January 7, 2022 |
| Supplemental List of Expert Witnesses: November 9, 2021 | February 7, 2022 |
| Supplement Discovery: February 7, 2022. | May 23, 2022 |

IT IS SO ORDERED.

DATED:   June 17, 2021

Troy L. Nunley
United States District Judge

ORDER ON JOINT MOTION TO MODIFY THE INITIAL PRETRIAL SCHEDULE ORDER