**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE 213-629-7600
FACSIMILE 213-624-1376

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com

Attorneys for Defendant
GENERAL REINSURANCE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SPECIAL DISTRICT RISK MANAGEMENT AUTHORITY, a joint power authority,<br><br>Plaintiff,<br><br>vs.<br><br>MUNICH REINSURANCE AMERICA, INC. a corporation; GENERAL REINSURANCE CORPORATION, a corporation; and DOES 1-100 inclusive,<br><br>Defendants. | Case No. 2:20-cv-02404-TLN-CKD<br><br>**ORDER RE DISCOVERY CUT-OFF**<br><br>Judge: The Hon. Troy L. Nunley<br><br>Complaint Filed: November 2, 2020<br>Removal Filed: December 2, 2020 |

Pursuant to the stipulation of the parties, the Court finds good cause to extend the discovery cut-off dates. The Court hereby continues the following deadlines:

| Deadline Based On June 16, 2021 Order: | New Deadlines As Follows: |
|---|---|
| Non-Expert Discovery Cut-Off: November 8, 2021 | **December 20**, 2021 |
| Disclosure of Expert Witnesses: January 7, 2022 | **February 18**, 2022 |
| Supplemental List of Expert Witnesses: February 7, 2022 | **March 21**, 2022 |
| Supplemental Discovery: May 22, 2022 | **July 5**, 2022 |

**IT IS SO ORDERED.**

DATED: October 18, 2021

Troy L. Nunley
United States District Judge